AO 451 (Rev.12/93)   Certification of Judgment

# UNITED STATES DISTRICT COURT

FOR THE _____         DISTRICT OF _____ NEW JERSEY

DEC 22 2010

JAMES ... CLERK
By _____ Deputy Clerk

KENNETH GROSS d/b/a
GP SALES CORP.
V.
BEST PLASTICS, LLC, et al

**CERTIFICATION OF JUDGMENT
FOR REGISTRATION IN
ANOTHER DISTRICT**

Case Number:      10-1028(DRD)

1 10 MI-0210

I, _____ WILLIAM T. WALSH _____ Clerk of the United States district court certify that the

attached judgment is a true and correct copy of the original judgment entered in this action _____ 12/18/2010 _____ , as it
                                                                                                                                              Date

appears in the records of this court, and that

\*    no notice of appeal from this judgment has been filed, and no motion of any kind in Rule 4(a) of the Federal Rules

of Appellate Procedure had been filed."

**IN TESTIMONY WHEREOF,** I sign my name and affix the seal of this Court.

_____ Dec. 21, 2010 _____
                Date

WILLIAM T. WALSH
Clerk

_____ Norma Rodriguez _____
(By) Deputy Clerk

\*Insert the appropriate language: ..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal
Rules of Appellate Procedure has been filed." ..."no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a)
of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [date]." ..."an
appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]. ..."an appeal was taken from
this judgment and the appeal was dismissed by order entered on [date]."

(†Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings
of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

```
MIME-Version:1.0                          1 10 MI-0210
From:njdefiling@njd.uscourts.gov
To:ecfhelp@localhost.localdomain
Bcc:
--Case Participants: LINDA KAREN MANDELL GATES (lgates@platzerlaw.com), MICHAEL N.
MOREA (mmorea@coleschotz.com), LOUIS J. SEMINSKI (lhaak@wilentz.com,
lseminski@wilentz.com), JENNY R. YAMPOLSKY (jyampolsky@coleschotz.com), JACK GEARAN
(jgearan@burnslev.com), THOMAS T. REITH (treith@burnslev.com), Judge Dickinson R.
Debevoise (njdnef_debevoise@njd.uscourts.gov), Magistrate Judge Michael A. Shipp
(njdnef_shipp@njd.uscourts.gov)
--Non Case Participants:
---No Notice Sent:

Message-Id:<4686284@njd.uscourts.gov>
Subject:Activity in Case 2:10-cv-01028-DRD -MAS GROSS v. BEST PLASTICS, LLC Order on
Motion to Continue
Content-Type: text/html
```

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.
\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* There is no charge for viewing opinions.**

**U.S. District Court**

**District of New Jersey [LIVE]**

### Notice of Electronic Filing

The following transaction was entered on 12/18/2010 at 1:19 AM EST and filed on 12/17/2010
**Case Name:**         GROSS v. BEST PLASTICS, LLC
**Case Number:**      2:10-cv-01028-DRD -MAS
**Filer:**
**Document Number:** 59

**Docket Text:**
**ORDER denying [44] Motion to Continue; granting in part and denying in part [22]
Motion for Summary Judgment ; judgment in the sum of $5,764,939.61 in favor of pltf.
and against deft.; granting pltf's motion to dismiss deft's counteclaims; granting deft.
third party deft. Dion's [28] Motion to Dismiss. Signed by Judge Dickinson R. Debevoise
on 12/17/2010. (nr, )**

**2:10-cv-01028-DRD -MAS Notice has been electronically mailed to:**

JENNY R. YAMPOLSKY     jyampolsky@coleschotz.com

LINDA KAREN MANDELL GATES     lgates@platzerlaw.com

LOUIS J. SEMINSKI     lseminski@wilentz.com, lhaak@wilentz.com

MICHAEL N. MOREA     mmorea@coleschotz.com

**2:10-cv-01028-DRD -MAS Notice will not be electronically mailed to::**

Effeaim Gordon
41 FRANKLIN STREET
TENAFLY, NJ 07670

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=12/18/2010] [FileNumber=4686282-
0] [2d1514c60f804746dbeba7a2834e90d8eb09a3ef1fa83c7493b7a2e532e963d56c
acc4633784e32ba87603b80ca30fcd3e055d7647ed63b40ce49597c687cfaa]}

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

KENNETH GROSS d/b/a GP SALES
CORP.,

                              Plaintiff,

v.

BEST PLASTICS, LLC,

                              Defendant.

Civ. No. 10-1028 (DRD)

**1 10 M I - 0 2 1 0**

**O R D E R**

     This matter having come before the Court on a motion submitted by Plaintiff, Kenneth Gross, requesting (1) summary judgment pursuant to Federal Rule of Civil Procedure 56(a) on his claims against Defendant Best Plastics, LLC ("Best Plastics"); and Plaintiff's Motion having also requested that Defendant's affirmative defenses be stricken pursuant to Federal Rule of Civil Procedure 12(f) and that Defendant's counterclaims be dismissed pursuant to Federal Rule of Civil Procedure 12(b)(6); and Third-Party Defendant James Dion having submitted a separate motion requesting that the claims asserted against him by Defendant be dismissed pursuant to Federal Rule of Civil Procedure 12(b)(6); and Defendant having moved for a continuance under Federal Rule of Civil Procedure 56(d);

     IT IS on this 17th of December, 2010, hereby ORDERED as follows:

     (1) Plaintiff's Motion for Summary Judgment is GRANTED in part and DENIED in part. Judgment against Defendant in favor of Plaintiff is entered in the amount of $5,764,939.61. Plaintiffs may proceed with their claims based on any debt incurred by Defendant in excess of that sum, but in light of the material disputes of fact that

remain as to the exact amount of that debt, summary judgment on those claims is not

appropriate at this stage of the proceedings;

(2) Plaintiff's Motion to Dismiss Defendant's counterclaims is GRANTED. Defendant's

counterclaims are DISMISSED with prejudice to the extent that they rely on activity

that occurred prior to September 17, 2009, and are DISMISSED without prejudice to

the extent that they rely on activity that occurred after that date. Defendant may

amend and resubmit its counterclaims within 30 days of this ruling, but in doing so

must limit its allegations to activity that took place after September 17, 2009;

(3) Third-Party Defendant Dion's Motion to Dismiss the claims asserted against him by

Defendant is GRANTED, and Defendant's third-party claims against Mr. Dion are

DISMISSED without prejudice. Defendant may submit an Amended Third-Party

Complaint curing, if it is able to do so, the deficiencies in those claims within 30 days

of the date of this ruling;

(4) Defendant's Motion for a Continuance is DENIED.


<u>s/ Dickinson R. Debevoise</u>
DICKINSON R. DEBEVOISE, U.S.S.D.J.


I HEREBY CERTIFY that the above and
foregoing is a true and correct copy of
the original on file in my office.
ATTEST
WILLIAM T. WALSH, Clerk
United States District Court
District of New Jersey

By: _____
Deputy Clerk

2